U.S. District Court
Eastern New York

Charmane Smith,
Plaintiff,

v.

Ingenico Group,
Defendant,

Case No.:

**CV 19-2607**

DONNELLY, J.

Jury Trial Demanded

BLOOM, M.J.

RECEIVED APR 29 2019 PRO SE OFFICE

## Civil Complaint

### Parties

1. Charmane Smith is the Pro Se Plaintiff and is a Citizen of Tennessee.

2. Ingenico Group is the Defendant and is Incorporated in Delaware.

### Jurisdiction

1. Federal Question

2. Diversity: Amount in Controversy - $5,000,000.00

### Statement of Facts

Ingenico Group's Payment Processing Equipment and Software has enabled tracking,

manipulation, alteration, interference with, and/or potential cloning of personal information, availability/accessibility, spending limits, pricing, and sales discounts (covert, unauthorized, and/or denial of the benefit) through Point-of-Sale Transactions.

## Claims

1. Strict Liability

2. Product Liability - Design Defect

3. Consumer Protection Act
   - Title 18 U.S.C. § 2520
   - Wire, Oral, and Electronic Interception

4. Electronic Interception
   - Title 18 U.S.C. § 2520

## Demand for Relief

Monetary Award of $5,000,000.00 and all Court, Attorney, Lawsuit Advance/Settlement Funding, and/or Collection Costs, Fees, Expenses, and Interest be paid by the Defendant.

Date:

April 22, 2019

Respectfully,
Charmane Smith, Plaintiff
4952 Willow Road
Memphis, TN 38117
(901) 761-1678

Defendant:

1. Ingenico Group
   3025 Windward Plaza, Suite 600
   Alpharetta, GA 30005