**CV 19 - 2607**

U.S. District Court
Eastern New York

DONNELLY, J.

BLOOM, M.J.

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ APR 29 2019 ★
BROOKLYN OFFICE

Application to Proceed I.F.P.

I, CHARMANE SMITH, declare I am the Plaintiff in this case; I believe I am entitled to relief; and I am unable to pay the costs of this proceeding.

In support of this application, I state:

1. I am unemployed.

2. I am not married.

3. Source of Income: Supplemental Security Income
   Amount per Month: $770.00

4. Public Assistance: Food Stamps (SNAP)
   Amount per Month: $250.00

5. Cash in Hand: $0

6. I have no property, vehicle, or valuable property.

7. I have no dependants.

RECEIVED
APR 29 2019
PRO SE OFFICE

8. Monthly Expenses:

- Rent — $560.00
- Transportation — $12.00
- Clothing — $40.00
- Personal Care — $100.00
- Revolving Credit — $30.00
- Miscellaneous — $20.00

I declare under penalty of perjury the foregoing is true and correct.

Date: April 22, 2019

Respectfully,

Charmane Smith, Plaintiff
4952 Willow Road
Memphis, TN 38117
(901) 761-1678