DONNELLY, J.

BLOOM, M.J.

U.S. District Court
Eastern New York

RECEIVED
APR 29 2019
PRO SE OFFICE

Charmane Smith,            Case No.:
   Plaintiff,
                           CV 19-2607

v.

Ingenico Group,            Jury Trial Demanded
   Defendant.

Motion for Summary Judgment
F.R.C.P. 56

Comes Now, Pro Se Plaintiff Charmane Smith, and moves the Court for Summary Judgment as a Matter of Law. In support of this request, I state:

1. I have written proof of equipment and software vulnerabilities/flaws in Payment Process Terminals sold by the Defendant.

Demand for Relief

Wherefore, Plaintiff Charmane Smith, respectfully requests that a Judgment Awarding $5,000,000.00 (5 Million Dollars), All Court, Attorney, Lawsuit Advance/Settlement Funding, and/or Collection Costs, Fees, Expenses, and Interest be paid by the Defendant.

Date:  Respectfully,

April 22, 2019  Charmane Smith, Plaintiff
4952 Willow Road
Memphis, TN 38117
(901) 761-1678